UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22111-BLOOM/Otazo-Reyes

ROGER AMARGOS,
individually and on behalf of all
others similarly situated,

        CLASS ACTION

    Plaintiff,

v.

VERIFIED NUTRITION, LLC d/b/a
PROSTAGENIX,

    Defendant.
_____/

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

    Plaintiff Roger Amargos replies in support of his motion for leave to file a sur-reply and states:

    First, Plaintiff does not seek to strike the evidence newly submitted by Defendant in its reply – as he could have done – but instead to respond to the new arguments and facts raised. This Court has granted leave under similar circumstances. *See Feise v. N. Broward Hosp. Dist.*, No. 14-CIV-61556-BLOOM/Valle, 2015 U.S. Dist. LEXIS 134794 (S.D. Fla. Oct. 2, 2015) ("Plaintiff should be afforded an opportunity to respond in kind."). Accordingly, Plaintiff respectfully submits that he should be afforded an opportunity to respond to the self-serving (and inaccurate) narrative advanced in the Supplemental Declaration.

    Second, Defendant cannot escape the fact that its reply raises an entirely new argument by relying on *E.C. Ernst, Inc. v. Manhattan Const. Co. of Texas,* 551 F.2d 1026 1040 (5th Cir. 1977), which Defendant did not cite in its motion but now claims is binding on this Court's analysis and

1

remains binding even after *Morgan*. *See* Reply at 3. In support of this new argument, Defendant, for the first time, also cites:

- *Martinez v. Msc Cruises S.A.*, No. 21-61399-CIV-SINGHAL/VALLE, 2021 U.S. Dist. LEXIS 159070 (S.D. Fla. Aug. 20, 2021);

- *Searcy v. R.J. Reynolds Tobacco Co.*, 902 F.3d 1342 (11th Cir. 2018);

- *Bonner v. Prichard*, 661 F.2d 1206 (11th Cir. 1981); and

- *Trevisani v. Ocwen Loan Servicing, LLC*, No. 16-cv-63018-BLOOM/Valle, 2017 U.S. Dist. LEXIS 220681 (S.D. Fla. May 3, 2017).

Plaintiff thus submits that if this Court decides to not ignore the new argument and authorities, Plaintiff should have an opportunity to respond.

**WHEREFORE**, Plaintiff respectfully requests entry of the previously submitted proposed Order, and for such other relief deemed appropriate under the circumstances.

DATED: December 21, 2022

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713